# United States District Court for the Northern District of Illinois

Case Number: __08-50155__    Assigned/IssuedBy: __pb__

## FEE INFORMATION

**Amount Due:**  ☐ $350.00  ☐ $39.00  ☐ $5.00
☐ IFP  ☒ No Fee  ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Paid: _____    Fiscal Clerk: _____

**FILED JUL 28 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

## ISSUANCES

**Type Of Issuance:**
☒ Summons    ☐ Alias Summons
☐ Third Party Summons    ☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____ (Type of Writ)

2 Original and __0__ copies on __7/28/08__ as to __Defendants__
(Date)

C:\wpwin80\docket\feeinfo.frm  01/01