# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 50155

Timothy W. Schmitt, Sr., Plaintiff
    v
Pamela McCorkle, as Trustee of the Timothy W. Schmitt Trust,
and Executor of the Estate of John W. Schmitt, and Ward,
Murray, Pace & Johnson, P.C., Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ward, Murray, Pace & Johnson, P.C. - Defendant

| | |
|---|---|
| NAME (Type or print)<br>Robert J. Noe     E-Mail: rnoe@bnpn.com AND ccalvert@bnpn.com | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Robert J. Noe | |
| FIRM<br>Bozeman, Neighbour, Patton & Noe, LLP | |
| STREET ADDRESS<br>1630 5th Avenue; PO Box 659 | |
| CITY/STATE/ZIP<br>Moline IL 61266-0659 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>2057131 | TELEPHONE NUMBER<br>309-797-0850 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☑    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |