U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 08 C 50155

Timothy W. Schmitt, Sr., Plaintiff
           v
Pamela McCorkle, as Trustee of the Timothy W. Schmitt Trust,
and Executor of the Estate of John W. Schmitt, and Ward,
Murray, Pace & Johnson, P.C., Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ward, Murray, Pace & Johnson, P.C. - Defendant

| | |
|---|---|
| NAME (Type or print) <br> William P. Rector          E-Mail: wrector@bnpn.com | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ William P. Rector | |
| FIRM <br> Bozeman, Neighbour, Patton & Noe, LLP | |
| STREET ADDRESS <br> 1630 5th Avenue; PO Box 659 | |
| CITY/STATE/ZIP <br> Moline IL 61266-0659 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6195759 | TELEPHONE NUMBER <br> 309-797-0850 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |