IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| TIMOTHY W. SCHMITT, SR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAMELA MC CORKLE, as trustee )<br>of the Timothy W. Schmitt Trust, and )<br>executor of the Estate of John W. Schmitt, )<br>and WARD, MURRAY, PACE & )<br>JOHNSON, P.C., )<br>)<br>Defendants. ) | NO. 08 C 50155 |

## NOTIFICATION AS TO AFFILIATES

Ward, Murray, Pace & Johnson, P.C. by its attorneys, Bozeman, Neighbour, Patton & Noe, LLP, hereby states that it is a professional corporation and has no publicly held affiliates.

WARD, MURRAY, PACE & JOHNSON, P.C.,
Defendant

/s/ James R. Patton
By _____
For Bozeman, Neighbour, Patton & Noe, LLP
Its Attorneys

Robert J. Noe  2057131
James R. Patton  6188846
William P. Rector  6195759
BOZEMAN, NEIGHBOUR, PATTON & NOE, LLP
Fifth Avenue Building
1630 Fifth Avenue
P.O. Box 659
Moline, IL  61266-0659
Phone:          309-797-0850

Fax:　　　　309-764-1485
E-Mail:　　　jpatton@bnpn.com

## CERTIFICATE OF SERVICE

I do hereby certify on **SEPTEMBER 4, 2008**, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which I understand sends notification of such filing to counsel of record:

Nancy A. Temple
Katten & Temple, LLP
542 S. Dearborn Ste 1310
Chicago IL 60605-1535

By:　　　　/s/ James R. Patton
　　　　　　_____
　　　　　　James R. Patton
　　　　　　IL ARCD #6188846